## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Nogin, Inc., *et al.,* | ) Case No. 23-11945 (CTG) |
|  | ) |
| Debtors.[1] | ) (Jointly Administered) |
|  | ) |
|  | ) **Obj. Deadline: January 4, 2024 at 4:00 p.m. (ET)** |
|  | ) **Hearing Date: January 11, 2024 at 2:00 p.m. (ET)** |
|  | ) |

### MOTION OF DEBTORS FOR ENTRY OF AN ORDER EXTENDING TIME TO FILE (I) SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS AND (II) 2015.3 FINANCIAL REPORT

Nogin, Inc. and its debtor affiliates (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby file this motion (this "**Motion**") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "**Proposed Order**"), granting the relief requested below. In support of the Motion, the Debtors respectfully represent as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2) and, pursuant to rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the Debtors consent to the entry of a final order by the Court in connection with this Motion to the

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification number are: Nogin, Inc. (0703); Nogin Commerce, Inc. (0719); Native Brands Group LLC (0504). The mailing address for the Debtors is 105 E. 34th St., Suite 137 New York, NY 10016.

extent that it is later determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

2.      Venue of these Chapter 11 Cases and the Motion are proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3.      On December 5, 2023 (the "**Petition Date**"), the Debtors filed voluntary petitions in this Court commencing the Chapter 11 Cases under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").  The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      On December 18, 2023, the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed an official committee of unsecured creditors in these Chapter 11 Cases (the "**Committee**").  *See* Docket No. 81.  No trustee or examiner has been appointed in these Chapter 11 Cases to date.

5.      Additional information regarding the Debtors' business and affairs, capital structure and prepetition indebtedness, and the events leading to the commencement of these Chapter 11 Cases are set forth in detail in the *Declaration of Vladimir Kasparov in Support of Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 15], which is incorporated herein by reference.

## RELIEF REQUESTED

6.      By this Motion, pursuant to sections 105 and 521 of the Bankruptcy Code, rules 1007(c), 2015.3 and 9006 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Rule 1007-1, the Debtors request entry of the Proposed Order (i) extending the initial deadline to file the schedules of assets and liabilities and statements of financial affairs

(collectively, the "**Schedules and Statements**") by fourteen (14) days, through and including January 16, 2024, without prejudice to the Debtors' right to request additional extensions,[2] and (ii) extending the initial deadline to file the initial report of financial information with respect to entities in which the Debtors hold a controlling or substantial interest as set forth in Bankruptcy Rule 2015.3 (the "**2015.3 Report**") by eleven (11) days, through and including January 16, 2024, without prejudice to the Debtors' right to request additional extensions.

## BASIS FOR RELIEF

### A.  Cause Exists to Extend the Time to File Schedules and Statements

7.      Pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007, the Debtors are typically required to file their Schedules and Statements within fourteen days of the Petition Date unless the Bankruptcy Court orders otherwise.  *See* 11 U.S.C. § 521(a)(1)(A)–(B); Fed. R. Bankr. P. 1007(b)(1) & (c).  In a voluntary chapter 11 case, if the bankruptcy petition is accompanied by a list of all the debtor's creditors and their addresses, in accordance with Local Rule 1007-2, and if the total number of creditors in the debtor's case (or, in the case of jointly administered cases, the debtors' cases) exceeds 200, the time within which the debtor shall file its Schedules and Statements shall be extended to twenty-eight (28) days from the petition date.  Del. Bankr. L.R. 1007-1(b).

8.      This Court has the authority to grant the requested extension under Bankruptcy Rule 1007(c) and Local Rule 1007-1(b).  Bankruptcy Rule 1007(c) provides that "any extension of time to file schedules, statements, and other documents required under this rule may be granted only on motion for cause shown."  Fed. R. Bankr. P. 1007(c).  Similarly, Local Rule 1007-1(b)

---

[2]  Pursuant to Local Rule 9006-2, the filing of this Motion prior to the expiration of the current deadlines to file the Schedules and Statements and the 2015.3 Report automatically extends such deadlines until such time as the Court rules on this Motion.

provides that such an extension "shall be granted, for cause, only upon filing of a motion by the debtor." Del. Bankr. L.R. 1007-1(b). Further, under section 105 of the Bankruptcy Code, the Court has broad discretion to issue orders necessary to "carry out the provisions of this title." 11 U.S.C. § 105(a).

9.      The Debtors submit that good and sufficient cause exists for granting an extension of time to file the Schedules and Statements. To prepare the Schedules and Statements, the Debtors and their advisors must compile information from books, records and documents relating to the claims of numerous customers and creditors, as well as the Debtors' many contracts. This information is voluminous and located in numerous places throughout the Debtors' organization. Moreover, prior to the Petition Date, the Debtors and their advisors were focused on taking the necessary steps to ensure a smooth landing into chapter 11, including preparing "first day" papers. After the Petition Date, in addition to preparing the Schedules and Statements, the Debtors and their advisors have also been focused on, among other things, filing and prosecuting various "second day" motions and applications, assisting with efforts to market and sell all or substantially all of the Debtors' assets or equity interests in the "Reorganized Debtors" through a chapter 11 plan, filing a chapter 11 plan and related disclosure statement, and managing the day-to-day operations and cash flow of the Debtors. As a result, the Debtors will not be in a position to complete the Schedules and Statements by the current deadline of January 2, 2024; however, the Debtors expect to complete and file the Schedules and Statements on or before January 16, 2024.

10.      Accordingly, the Debtors respectfully request that the Court extend the deadline by which the Debtors must file the Schedules and Statement through and including January 16, 2024, without prejudice to the Debtors' right to request further extensions. The Debtors submit that their

request for a limited extension of the deadline to file the Schedules and Statements is appropriate and warranted under the circumstances.

**B. Cause Exists to Extend the Time to File the Initial 2015.3 Report**

11.     Pursuant to Bankruptcy Rule 2015.3, the Debtors are required to file "periodic financial reports of the value, operations, and profitability of each entity that is not a publicly traded corporation or a debtor in a case under title 11, and in which the estate holds a substantial or controlling interest". Fed. R. Bankr. P. 2015.3(a).   As discussed in the First Day Declaration, Debtor Native Brands Group LLC owns interests in certain non-debtor joint ventures, namely ModCloth Partners, LLC, IPCO Holdings, LLC, and Bicoastal Alliance LLC, and, as a result, is required to file the 2015.3 Report.

12.     The initial Rule 2015.3 Report is to be filed no later than seven (7) days before the date set for the meeting of the creditors pursuant to section 341 of the Bankruptcy Code.   *Id.* 2015.3(b).  The Debtors' section 341 meeting is scheduled for January 12, 2024.  Therefore, absent the relief requested in this Motion, the Debtors are required to file their Rule 2015.3 Report by January 5, 2024.

13.     Bankruptcy Rule 9006(b)(1) provides the Court with the ability to enlarge the period of time to file the 2015.3 Report "for cause."  Bankruptcy Rule 2015.3(d) also provides the Court with the ability, after notice and a hearing, to modify the reporting requirements for cause, including that the debtor is "not able, after a good faith effort, to comply with those reporting requirements, or that the information . . . is publicly available." Fed. R. Bankr. P. 2015.3(d).

14.     The Debtors submit that cause exists to extend the deadline for filing the Debtors' initial 2015.3 Report.  As discussed above, the Debtors' primary focus has been preparing for these Chapter 11 Cases and facilitating the Debtors' smooth transition into chapter 11.  Moreover, the

5

initial 2015.3 Report will require a significant expenditure of time and effort on the part of the Debtors, their employees, and their advisors, as they will be required to compile information from books, records, and other documents relating to their non-debtor joint ventures.  As a result, the Debtors will not be in a position to complete the initial 2015.3 Report by the current deadline of January 5, 2024; however, the Debtors expect to complete and file the initial 2015.3 Report on or before January 16, 2024.

15.    Accordingly, the Debtors respectfully request that the Court extend the deadline by which the Debtors must file the initial 2015.3 Report through and including January 16, 2024, without prejudice to the Debtors' right to request further extensions.  The Debtors submit that their request for a limited extension of the deadline to file the initial 2015.3 Report is appropriate and warranted under the circumstances.

## NOTICE

16.    Notice of this Motion will be provided to (a) the U.S. Trustee; (b) counsel to the Committee; (c) the Internal Revenue Service; (d) the Securities and Exchange Commission; (e) the United States Attorney's Office for the District of Delaware and the districts in which the Debtors operate; (f) the Office of the Attorney General for the states in which the Debtors operate; (g) counsel to the DIP Agent; (h) counsel to each Prepetition Agent; (i) counsel to the Consenting Noteholders; and (j) all parties entitled to notice pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

## NO PRIOR REQUEST

17.    No previous request for the relief sought herein has been made by the Debtors to this Court or any other court.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order,

substantially in the form attached hereto as **Exhibit A**, and such other and further relief to the

Debtors as the Court may deem proper.

| | | |
|---|---|---|
| Dated: | December 21, 2023 | */s/ Matthew P. Milana* |
| | Wilmington, Delaware | Daniel J. DeFranceschi (No. 2732) |

John H. Knight (No. 3848)
Michael J. Merchant (No. 3854)
David T. Queroli (No. 6318)
Matthew P. Milana (No. 6681)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Fax:  302-651-7701
Email:  defranceschi@rlf.com
          knight@rlf.com
          merchant@rlf.com
          queroli@rlf.com
          milana@rlf.com

*Proposed Counsel to the Debtors*

7