### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Nogin, Inc., *et al.,* | Case No. 23-11945 (CTG) |
| Debtors.[1] | (Jointly Administered) |
|  | **Re: Docket No. 407** |

## NOTICE OF FILING OF REVISED PROPOSED CONFIRMATION ORDER

PLEASE TAKE NOTICE that, on March 21, 2024, Nogin, Inc. and its debtor affiliates (collectively, the "**Debtors**") in the above-captioned chapter 11 cases filed the *First Amended Joint Chapter 11 Plan of Nogin, Inc. and Its Debtor Affiliates* [Docket No. 393] (as may be modified, amended, or supplemented, the "**Plan**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that, in connection with the Plan, on March 22, 2024, the Debtors filed the *Notice of Filing of Proposed Confirmation Order* [Docket No. 400] and attached thereto as <u>Exhibit A</u> was a copy of the proposed form of order confirming the Plan (the "**Proposed Confirmation Order**").

PLEASE TAKE NOTICE that, on March 26, 2024, the Debtors filed the revised Plan [Docket No. 407] (as may be modified, amended, or supplemented, the "**Revised Plan**") with the Bankruptcy Court.

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification number are: Nogin, Inc. (0703); Nogin Commerce, Inc. (0719); Native Brands Group LLC (0504). The mailing address for the Debtors is 105 E. 34th St., Suite 137, New York, NY 10016.

RLF1 30731659v.1

PLEASE TAKE FURTHER NOTICE that, in connection with the Revised Plan, the Debtors hereby file a revised version of the Proposed Confirmation Order (the "**Revised Proposed Confirmation Order**") to address comments from certain parties. A copy of the Revised Proposed Confirmation Order is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, for the convenience of the Bankruptcy Court and parties in interest, attached hereto as **Exhibit B** is a blackline of the Revised Proposed Confirmation Order marked against the Proposed Confirmation Order.

PLEASE TAKE FURTHER NOTICE that a hearing to consider confirmation of the Revised Plan is scheduled to begin on **March 26, 2024 at 2:30 p.m. (Eastern Time)** (the "**Confirmation Hearing**") before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, located at 824 North Market Street, Sixth Floor, Courtroom 3, Wilmington, Delaware 19801. The Confirmation Hearing may be continued from time to time without further notice other than as indicated in any notice or agenda of matters scheduled for such hearing that is filed with the Bankruptcy Court. If the Confirmation Hearing is continued, the Debtors will post the new date and time of the Confirmation Hearing at https://donlinrecano.com/nogin/. The Revised Plan may be modified, if necessary, in accordance with the Bankruptcy Code, the Bankruptcy Rules, and other applicable law, before, during, or as a result of the Confirmation Hearing, without further notice to creditors or other parties in interest, unless such notice is required by the Bankruptcy Code, Bankruptcy Rules, or other applicable law.

PLEASE TAKE FURTHER NOTICE that, to the extent that the Debtors make further revisions to the Revised Proposed Confirmation Order prior to the Confirmation Hearing, the Debtors will present further blacklined copies of such revised documents to the Court either at or before the Confirmation Hearing.

RLF1 30731659v.1

Dated:  March 26, 2024
        Wilmington, Delaware

/s/ Matthew P. Milana
Daniel J. DeFranceschi (No. 2732)
John H. Knight (No. 3848)
Michael J. Merchant (No. 3854
David T. Queroli (No. 6318)
Matthew P. Milana (No. 6681)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Fax:  302-651-7701
Email:  defranceschi@rlf.com
       knight@rlf.com
       merchant@rlf.com
       queroli@rlf.com
       milana@rlf.com

*Counsel to the Debtors*