**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Nogin, Inc., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11945 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 407 & 410** |

**CERTIFICATION OF COUNSEL REGARDING**
**ORDER CONFIRMING FIRST AMENDED JOINT**
**CHAPTER 11 PLAN OF NOGIN, INC. AND ITS DEBTOR AFFILIATES**

The undersigned hereby certifies as follows:

1. On March 26, 2024, the above-captioned debtors (collectively, the "**Debtors**") filed the *First Amended Joint Chapter 11 Plan of Nogin, Inc. and Its Debtor Affiliates* [Docket No. 407] (including all exhibits and supplements thereto, and as modified or amended from time to time, the "**Plan**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. On March 26, 2024, the Debtors filed a proposed form of order confirming the Plan [Docket No. 410] (the "**Proposed Confirmation Order**").

3. On March 26, 2024, the Court held a hearing (the "**Hearing**") to consider, among other things, confirmation of the Plan. Consistent with the record at the Hearing and to address certain comments from parties in interest, the Debtors have prepared a revised form of the Proposed Confirmation Order (the "**Revised Confirmation Order**"), and such Revised Confirmation Order is attached hereto as **Exhibit 1**. For the convenience of the Court and all

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification number are: Nogin, Inc. (0703); Nogin Commerce, Inc. (0719); Native Brands Group LLC (0504). The mailing address for the Debtors is 105 E. 34th St., Suite 137, New York, NY 10016.

RLF1 30742766v.1

parties in interest, a blackline comparison of the Revised Confirmation Order marked against the Proposed Confirmation Order is attached hereto as **Exhibit 2**.

4.  The Revised Confirmation Order has been circulated to the Office of the United States Trustee for the District of Delaware, counsel to the Creditors' Committee, counsel to the DIP Agent, counsel to the Consenting Noteholders, and the United States Securities and Exchange Commission, and the aforementioned parties do not object to the entry of the Revised Confirmation Order.

WHEREFORE, the Debtors respectfully request that the Revised Confirmation Order, substantially in the form attached hereto as **Exhibit 1**, be entered at the earliest convenience of the Court.

Dated: March 28, 2024
Wilmington, Delaware

*/s/ Matthew P. Milana*
Daniel J. DeFranceschi (No. 2732)
John H. Knight (No. 3848)
Michael J. Merchant (No. 3854
David T. Queroli (No. 6318)
Matthew P. Milana (No. 6681)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Fax: 302-651-7701
Email: defranceschi@rlf.com
knight@rlf.com
merchant@rlf.com
queroli@rlf.com
milana@rlf.com

*Counsel to the Debtors*